IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

KENNETH & DEBRA SCOTT,       )
                              )
         Plaintiffs,          )
                              )
    v.                        )   No. CV 05-10
                              )
WASHINGTON MUTUAL BANK, F.A., )
                              )
         Defendant.           )

**VERIFIED APPLICATION FOR ADMISSION TO PRACTICE UNDER RULE VII OF THE RULES GOVERNING ADMISSION TO THE ALABAMA STATE BAR**

Comes now Scott T. Schutte, applicant herein, and respectfully represents the following:

1. Applicant resides at 226 N. Ridgeland Ave., Oak Park, Cook County, Illinois 60302. Applicant's telephone number is 708-445-1459, and his social security number will be filed under separate cover.

2. Applicant is an attorney and a member of the law firm of Jenner & Block LLP, with offices at One IBM Plaza, Chicago, Cook County, Illinois 60611. Applicant's telephone number at Jenner & Block LLP is 312-923-2901.

3. Applicant has been retained personally or as a member of the above named law firm by Washington Mutual Bank ("WAMU"), formerly known as Washington Mutual Bank, F.A., to provide legal representation in connection with the above-styled matter now pending before the above-named court or administrative agency of the State of Alabama.

4. Since November 9, 1995 applicant has been, and presently is, a member in good standing of the Bar of the highest court of the State of Illinois, where applicant regularly practices law. Attached as Exhibit A is a Certificate of Good Standing.

5. Applicant has been admitted to practice before the following courts:

| Court | Date Admitted |
|---|---|
| Illinois | 1995 |
| Northern District of Illinois | 1996 |
| Western District of Michigan | 2003 |
| Northern District of Indiana | 2004 |
| Ninth Circuit Court of Appeals | 2005 |
| United States Supreme Court | 2001 |

Applicant is presently a member in good standing of the Bars of those courts listed above.

6. Applicant presently is not subject to any disbarment proceedings.

7. Applicant presently is not subject to any suspension proceedings.

8. Applicant never has been subject to any disbarment proceedings.

9. Applicant never has been subject to any suspension proceedings.

10. Applicant never has had any certificate or privilege to appear and practice before any administrative body suspended or revoked.

11. Applicant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate applicant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

12. Applicant or a member of applicant's firm has filed application(s) to appear as counsel under Rule VII during the past three years in the following matters:

Date of Application: April 11, 2005

Applicants: Robert R. Stauffer and Anthony C. Porcelli

Case: *State of Alabama v. Abbott Laboratories, et al.*, Case No. CV-2005-219

Court: Circuit Court of Montgomery County, Alabama

Application Granted: May 4, 2005

Submitted herewith this application, Matthew M. Neumeier of Jenner & Block LLP is also applying to appear as counsel under Rule VII, with respect to this same litigation and to the same Court.

13. Local counsel of record associated with applicant in this matter is P. Richard Hartley, who has offices at Hartley & Hickman, 415 E Commerce Street, Suite 101, Greenville, AL 36037. The telephone number at Hartley & Hickman is 334-382-6618.

14. Attached hereto as Exhibit B is a list of which accurately states the name and address of each party in this matter, whether or not represented by counsel, and the name and address of each counsel of record who has appeared for each party.

15. Applicant agrees to comply with the provisions of the Alabama Rules of Professional Conduct, and applicant consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

16. Applicant respectfully requests to be admitted to practice in the above-named court or administrative agency for this cause only.

DATED: June 3, 2005

_____
SCOTT T. SCHUTTE

STATE OF ILLINOIS
COOK COUNTY

I, Scott T. Schutte, do hereby swear or affirm under penalty of perjury that I am the applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof; and that the contents are true of my own knowledge, except as to those matters stated on information and belief, and that as to those matters I believe them to be true.

DATED: June 3, 2005

_____
SCOTT T. SCHUTTE

Subscribed and Sworn to before me this
3rd day of June, 2005.

_____

"OFFICIAL SEAL"
PAULETTE R. BOGACZ
Notary Public, State of Illinois
My Commission Expires Feb. 08, 2007

4

I hereby consent, as local counsel or record, to the association of applicant in this cause pursuant to Rule VII of the Rule Governing Admission to the Alabama State Bar.

DATED: June 8th, 2005

_____
P. RICHARD HARTLEY

## NOTICE OF HEARING

This application for admission is set for hearing before the court or administrative agency in the style hereof on the 29th day of June, 2005.

DATED: 8th day of June, 2005

_____
P. RICHARD HARTLEY

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this application upon the Alabama State Bar by mail addressed: Alabama State Bar, Attn: PHV Admissions, P.O. Box 671, Montgomery, Alabama 36101, accompanied by payment of the $100 filing fee to the Alabama State Bar on this 8th day of June, 2005.

_____

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Scott T Schutte

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1995 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, May 26, 2005.

*Juleann Hornyak*

Clerk

IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

| | |
|---|---|
| KENNETH & DEBRA SCOTT, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. CV 05-10 |
| WASHINGTON MUTUAL BANK, F.A., | ) ) |
| Defendant. | ) ) |

**VERIFIED APPLICATION FOR ADMISSION TO PRACTICE UNDER RULE VII OF THE RULES GOVERNING ADMISSION TO THE ALABAMA STATE BAR**

Comes now Matthew M. Neumeier, applicant herein, and respectfully represents the following:

1. Applicant resides at 340 W. Diversey, #1215, Chicago, Cook County, Illinois 60657. Applicant's telephone number is 773-929-9640, and his social security number will be filed under separate cover.

2. Applicant is an attorney and a member of the law firm of Jenner & Block LLP, with offices at One IBM Plaza, Chicago, Cook County, Illinois 60611. Applicant's telephone number at Jenner & Block LLP is 312-923-2749.

3. Applicant has been retained personally or as a member of the above named law firm by Washington Mutual Bank ("WAMU"), formerly known as Washington Mutual Bank, F.A., to provide legal representation in connection with the above-styled matter now pending before the above-named court or administrative agency of the State of Alabama.

HARTLEY & HICKMAN

JUN 1 4 2005

ATTORNEYS

4. Since May 9 of 1991, applicant has been, and presently is, a member in good standing of the Bar of the highest court of the State of Illinois, where applicant regularly practices law. Attached as Exhibit A is a Certificate of Good Standing.

5. Applicant has been admitted to practice before the following courts:

| Court | Date Admitted |
|---|---|
| New York | 1987 |
| Michigan | 1988 |
| Illinois | 1991 |
| Eastern District of Michigan | 1988 |
| Northern District of Illinois | 1991 |
| Central District of Illinois | 2003 |
| Seventh Circuit Court of Appeals | 1992 |
| Federal Circuit Court of Appeals | 1997 |
| United States Supreme Court | 1991 |

Applicant is presently a member in good standing of the Bars of those courts listed above.

6. Applicant presently is not subject to any disbarment proceedings.

7. Applicant presently is not subject to any suspension proceedings.

8. Applicant never has been subject to any disbarment proceedings.

2

9. Applicant never has been subject to any suspension proceedings.

10. Applicant never has had any certificate or privilege to appear and practice before any administrative body suspended or revoked.

11. Applicant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate applicant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

12. Applicant or a member of applicant's firm has filed application(s) to appear as counsel under Rule VII during the past three years in the following matters:

Date of Application: April 11, 2005

Applicants: Robert R. Stauffer and Anthony C. Porcelli

Case: *State of Alabama v. Abbott Laboratories, et al.*, Case No. CV-2005-219

Court: Circuit Court of Montgomery County, Alabama

Application Granted: May 4, 2005

Submitted herewith this application, Scott T. Schutte of Jenner & Block LLP is also applying to appear as counsel under Rule VII, with respect to this same litigation and to the same Court.

13. Local counsel of record associated with applicant in this matter is P. Richard Hartley, who has offices at Hartley & Hickman, 415 E Commerce Street, Suite 101, Greenville, AL 36037. The telephone number at Hartley & Hickman is 334-382-6618.

14. Attached hereto as Exhibit B is a list of which accurately states the name and address of each party in this matter, whether or not represented by counsel, and the name and address of each counsel of record who has appeared for each party.

15. Applicant agrees to comply with the provisions of the Alabama Rules of Professional Conduct, and applicant consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

16. Applicant respectfully requests to be admitted to practice in the above-named court or administrative agency for this cause only.

DATED: June 3, 2005

_____
MATTHEW M. NEUMEIER

STATE OF ILLINOIS
COOK COUNTY

I, Matthew M. Neumeier, do hereby swear or affirm under penalty of perjury that I am the applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof; and that the contents are true of my own knowledge, except as to those matters stated on information and belief, and that as to those matters I believe them to be true.

DATED: June 3, 2005

_____
MATTHEW M. NEUMEIER

Subscribed and Sworn to before me this
3rd day of June, 2005.

_____

"OFFICIAL SEAL"
PAULETTE R. BOGACZ
Notary Public, State of Illinois
My Commission Expires Feb. 08, 2007

4

I hereby consent, as local counsel or record, to the association of applicant in this cause pursuant to Rule VII of the Rule Governing Admission to the Alabama State Bar.

DATED: June 8th, 2005

_____
P. RICHARD HARTLEY

## NOTICE OF HEARING

This application for admission is set for hearing before the court or administrative agency in the style hereof on the 29th day of June, 2005.

DATED: 8th day of June, 2005

_____
P. RICHARD HARTLEY

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this application upon the Alabama State Bar by mail addressed: Alabama State Bar, Attn: PHV Admissions, P.O. Box 671, Montgomery, Alabama 36101, accompanied by payment of the $100 filing fee to the Alabama State Bar on this 8th day of June, 2005.

_____

5

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Matthew Michael Neumeier

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 9, 1991 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, May 26, 2005.

*Juleann Hornyak*
Clerk