IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

| | | |
|---|---|---|
| KENNETH & DEBRA SCOTT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) No. CV 05-10 | |
| | ) | |
| WASHINGTON MUTUAL BANK, F.A., | ) | |
| | ) | |
| Defendant. | ) | |

HARTLEY & HICKMAN

JUL 5 2005

ATTORNEYS

### ORDER FOR ADMISSION *PRO HAC VICE* OF SCOTT T. SCHUTTE AS CO-COUNSEL FOR DEFENDANT WASHINGTON MUTUAL BANK, FORMERLY KNOWN AS WASHINGTON MUTUAL BANK, F.A.

By Order of this Court, based upon the unopposed motion of WASHINGTON MUTUAL BANK, FORMERLY KNOWN AS WASHINGTON MUTUAL BANK, F.A, Scott T. Schutte is hereby admitted *pro hac vice* as co-counsel for purposes of representing WASHINGTON MUTUAL BANK, in this case.

ORDERED this 29th day of June, 2005.

_____
H. Edward McFerrin
Circuit Court Judge

Copies to:

Alabama State Bar
Attn: PHV Admissions
P. O. Box 671
Montgomery, AL 36101

Randall K. Bozeman
Bozeman & Bozeman
P. O. Box 337
Hayneville, AL 36040-0337

Scott T. Schutte
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611

