## IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

KENNETH & DEBRA SCOTT,     )

    Plaintiffs,     )

     )

v.     )

     )

WASHINGTON MUTUAL BANK, F.A., )

    Defendant.     )

*HARTLEY & HICKMAN*

*JUN 2 4 2005*

*CV 05-10*  *ATTORNEYS*

### ENTRY OF APPEARANCE

**COME NOW** Wilson F. Green and Michael J. Clemmer of the law firm Battle, Fleenor, Green, Winn & Clemmer, LLP and hereby enter their appearance in this action as co-counsel on behalf of the Plaintiffs Kenneth & Debra Scott.

_____

Wilson F. Green

One of the Attorneys for Plaintiffs

**OF COUNSEL**:

Wilson F. Green
Michael J. Clemmer
Battle Fleenor Green Winn & Clemmer LLP
The Financial Center
505 N. 20th Street, Suite 1150
Birmingham, Alabama 35203
(205) 397-8163
FAX (205) 397-8179
wgreen@bfgwc.com

Bozeman & Bozeman
P.O. Box 337
Hayneville, Alabama 36040-0337
(334) 548-2233

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by United States Mail, first-class, postage prepaid and properly addressed, on this the 21 day of ___June___, 2005, on the following:

P. Richard Hartley
Hartley & Hickman
415 East Commerce Street, Ste. 101
P.O. Box 583
Greenville, Alabama 36037-0583

Matthew M. Neumeier
Scott T. Schutte
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611

_____
Of Counsel

2