UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENNETH AND DEBRA SCOTT,         )
                                 )
           Plaintiffs,           )
                                 )
      v.                         )   No. 2:05cv907
                                 )
WASHINGTON MUTUAL BANK, F.A.,    )
                                 )
           Defendant.            )
                                 )

## WASHINGTON MUTUAL BANK'S CORPORATE DISCLOSURE STATEMENT

Washington Mutual Bank, formerly known as Washington Mutual Bank, F.A., is a wholly owned subsidiary of New American Capital, Inc., which is a wholly owned subsidiary of Washington Mutual, Inc. Washington Mutual, Inc. is a publicly traded company. No other publicly traded company owns more than 10% of the outstanding shares of Washington Mutual, Inc.

Dated: September 22, 2005

Respectfully submitted,

WASHINGTON MUTAL BANK

By: _____
     One of Its Attorneys

P. Richard Hartley (Alabama Bar #HAR050)
Hartley & Hickman
415 East Commerce Street, Suite 101
P.O. Box 583
Greenville, Alabama 36037-0583
Telephone: (334) 382-6618
Fax: (334) 382-5183