IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

KENNETH & DEBRA SCOTT,            )
                                  )
            Plaintiffs,            )
                                  )
      v.                          )  No. CIV 05-10
                                  )
WASHINGTON MUTUAL BANK, F.A.,     )     05-907
                                  )
            Defendant.             )
                                  )

### NOTICE OF FILING

To:  Randall K. Bozeman            Wilson F. Green
     Bozeman & Bozeman             Battle Fleenor Green Winn & Clemmer LLP
     P.O. Box 337                  The Financial Center
     Hayneville, Alabama 36040-0337  505 North 20th Street, Suite 1150
     (334) 548-2233                Birmingham, Alabama 35203
                                   (205) 397-8163

PLEASE TAKE NOTICE that on September 22, 2005, we caused to be filed with the Clerk of the Circuit Court of Lowndes County, Alabama, Washington Mutual Bank's **Notice of Removal**, a copy of which has been attached and served upon you.

Dated: September 22, 2005                Respectfully submitted,

                                         WASHINGTON MUTAL BANK

                                         By: _____
                                              One of Its Attorneys

P. Richard Hartley (Alabama Bar #HAR050 )
Hartley & Hickman
415 East Commerce Street, Suite 101
P.O. Box 583
Greenville, Alabama 36037-0583
Telephone: (334) 382-6618
Fax: (334) 382-5183