UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH AND DEBRA SCOTT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:05-CV-907 |
| ) | |
| WASHINGTON MUTUAL BANK, F.A., ) | |
| ) | |
| Defendant. ) | |

**WASHINGTON MUTUAL BANK'S MOTION FOR EXTENSION OF TIME TO ANSWER COUNT III OF FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant Washington Mutual Bank ("WAMU"), formerly known as Washington Mutual Bank, F.A., moves the Court for an extension of time to answer Count III of the First Amended Class Action Complaint while its Motion to Dismiss Counts I and II is pending. In support of this motion, WAMU states as follows:

1. On or about August 22, 2005, Kenneth and Debra Scott ("Plaintiffs") filed their First Amended Class Action Complaint alleging claims for breach of contract (Count I), unjust enrichment (Count II), and a violation of the Fair Credit Reporting Act ("FCRA") (Count III). On September 22, 2005, Washington Mutual properly removed the action from the Circuit Court of Lowndes County, Alabama, to this Court.

2. Pursuant to Federal Rule of Civil Procedure 81(c), WAMU's responsive pleadings are due September 29, 2005.

3. On September 29, 2005, WAMU filed its Motion to Dismiss Counts I and II, seeking the dismissal of Plaintiffs' breach of contract and unjust enrichment claims.

4. WAMU expects that it will answer the FCRA claim (Count III) by denying the alleged violations.

5. Although WAMU believes that its Motion to Dismiss Counts I and II should be granted, it respectfully requests that the Court permit it to wait to file its Answer until 30 days after the Court has ruled on the Motion to Dismiss. Once the Court has determined which counts will proceed in this action, WAMU can file an Answer as to all remaining counts rather than filing its Answer in piecemeal fashion.

6. On September 26, 2005, Scott T. Schutte, counsel for WAMU, requested that Wilson Green, counsel for Plaintiffs, agree to this extension. Mr. Green has not responded as of the filing of this Motion.

WHEREFORE, Defendant Washington Mutual Bank respectfully requests that this Court extend its time to answer Count III of the First Amended Class Action Complaint until 30 days after the Court has ruled on the Motion to Dismiss Counts I and II.

Dated: September 29, 2005                                  Respectfully submitted,

> By:   /s/Paul Richard Hartley
> Paul Richard Hartley (HAR050)
> Attorney for Defendant
> Washington Mutual

OF COUNSEL
P. Richard Hartley (Alabama Bar     #HAR050)
Hartley & Hickman
415 East Commerce Street, Suite 101
P.O. Box 583
Greenville, Alabama  36037-0583
Telephone: (334) 382-6618
Fax: (334) 382-5183

2

OF COUNSEL:
Scott T. Schutte (Illinois Bar #6230227)
(moving for admission *pro hac vice*)
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611
Telephone: (312) 222-9350
Fax: (312) 840-7301

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

    Randall K. Bozeman
    Bozeman & Bozeman
    P. O. Box 337
    Hayneville, AL 36040-0337

    Wilson F. Green
    Battle Fleenor Green Winn & Clemmer LLP
    The Financial Center
    505 North 20th Street, Suite 1150
    Birmingham, Alabama 35203


by placing copies of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 29th day of September, 2005.

| | |
|---|---|
| By: | /s/Paul Richard Hartley |
| | OF COUNSEL |