UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH AND DEBRA SCOTT, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:05-CV-907 |
| WASHINGTON MUTUAL BANK, F.A., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT WASHINGTON MUTUAL BANK'S MOTION TO DISMISS COUNTS I AND II OF FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant Washington Mutual Bank ("WAMU"), formerly known as Washington Mutual Bank, F.A., hereby moves this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Counts I and II of the First Amended Class Action Complaint filed by Plaintiffs Kenneth and Debra Scott ("Plaintiffs").  In support of this Motion, WAMU states as follows:

1.	On or about August 22, 2005, Kenneth and Debra Scott ("Plaintiffs") filed their First Amended Class Action Complaint alleging claims for breach of contract (Count I), unjust enrichment (Count II), and a violation of the Fair Credit Reporting Act ("FCRA") (Count III). On September 22, 2005, Washington Mutual properly removed the action from the Circuit Court of Lowndes County, Alabama, to this Court.

2.	In Counts I and II, Plaintiffs contend that WAMU breached its contract with Plaintiffs and was unjustly enriched by charging a fee for providing mortgage loan payoff statements to Plaintiffs at Plaintiffs' request.

3.	Counts I and II must be dismissed because these claims are preempted by federal law.  As a federally chartered savings association, WAMU is subject to the exclusive governance

2

of federal law. Because the federal regulatory agency overseeing such entities has expressly "occupied the field" with regard to the fees at issue here, Plaintiffs' state law claims are preempted. Furthermore, Counts I and II otherwise fail to state a claim upon which relief can be granted and are barred by the voluntary payment doctrine.

    4.    At this time, WAMU does not move for the dismissal of Count III, which alleges a violation of the FCRA, but firmly denies the allegations set forth therein.

    WHEREFORE, for the reasons set out above and in the accompanying Memorandum in Support, Defendant Washington Mutual Bank respectfully requests that this Court dismiss Counts I and II of Plaintiffs' First Amended Class Action Complaint.

Dated:  September 29, 2005                                Respectfully submitted,

> By:   /s/Paul Richard Hartley
>         Paul Richard Hartley (HAR050)
>         Attorney for Defendant
>         Washington Mutual

OF COUNSEL
P. Richard Hartley (Alabama Bar    #HAR050)
Hartley & Hickman
415 East Commerce Street, Suite 101
P.O. Box 583
Greenville, Alabama  36037-0583
Telephone:  (334) 382-6618
Fax:  (334) 382-5183

<u>OF COUNSEL</u>:
Scott T. Schutte (Illinois Bar #6230227)
(moving for admission *pro hac vice*)
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611
Telephone:  (312) 222-9350
Fax:  (312) 840-7301

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the above and foregoing on:

    Randall K. Bozeman
    Bozeman & Bozeman
    P. O. Box 337
    Hayneville, AL 36040-0337

    Wilson F. Green
    Battle Fleenor Green Winn & Clemmer LLP
    The Financial Center
    505 North 20th Street, Suite 1150
    Birmingham, Alabama 35203


by placing copies of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 29th day of September, 2005.

| | |
|---|---|
| By: | /s/Paul Richard Hartley |
| | OF COUNSEL |