UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP 29 P 3:01

| | |
|---|---|
| KENNETH AND DEBRA SCOTT,  ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Case No. 2:05907-C |
| ) | |
| WASHINGTON MUTUAL BANK, F.A., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT WASHINGTON MUTUAL BANK'S
MOTION FOR ADMISSION *PRO HAC VICE* OF SCOTT T. SCHUTTE**

Pursuant to Middle District of Alabama Local Rule 83.1(b), Defendant Washington Mutual Bank ("WAMU"), formerly known as Washington Mutual Bank, F.A., moves this Court for the admission *pro hac vice* of Scott T. Schutte so that he may appear on behalf of WAMU in this action. In support of this Motion, the undersigned states as follows:

1. Undersigned counsel for WAMU, P. Richard Hartley, is a member in good standing of the Middle District of Alabama Bar.

2. Mr. Hartley will be assisted in this matter by undersigned counsel.

3. Scott T. Schutte is a partner with the law firm of Jenner & Block LLP, One IBM Plaza, Chicago, Illinois 60611; telephone number 312-923-2901.

4. Mr. Schutte resides in and regularly practices law in the United States District Court for the Northern District of Illinois. He has been a member in good standing of the Northern District of Illinois since December 20, 1996, as set forth in the attached Certificate of Good Standing.

5. Accompanying this Motion is the required fee of $20.00.

WHEREFORE, Washington Mutual Bank respectfully requests that this Court admit Mr. Schutte *pro hac vice* to appear on behalf of Washington Mutual Bank in this matter.

Dated: September 28, 2005

Respectfully submitted,

WASHINGTON MUTAL BANK

By: _____
One of Its Attorneys

P. Richard Hartley (Alabama Bar #HAR050)
Hartley & Hickman
415 East Commerce Street, Suite 101
P.O. Box 583
Greenville, Alabama 36037-0583
Telephone: (334) 382-6618
Fax: (334) 382-5183



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Scott T. Schutte

was duly admitted to practice in this Court on    December 20, 1996

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on             Michael W. Dobbins, Clerk of Court

September 21, 2005                *Esperanza Arnold*
                         by    Esperanza Arnold
                               Deputy Clerk