IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH SCOTT and DEBRA SCOTT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv907-T |
| WASHINGTON MUTUAL BANK, F.A., | ) ) ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendants' motion to dismiss (Doc. No. 1-4) is granted as to the Alabama Mini-Code claim and is denied in all other respects.

(2) Defendants' motion to dismiss (Doc. No. 6) is denied. The court believes that the issues raised by the motion should be addressed on summary judgment or a trial.

DONE, this the 4th day of October, 2005.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE