IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH SCOTT and** | ) | |
| **DEBRA SCOTT,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv907-T |
| | ) | |
| **WASHINGTON MUTUAL BANK,** | ) | |
| **F.A.,** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that defendants' motion for extension of time (Doc. No. 5) is denied.

DONE, this the 4th day of October, 2005.

                                                    /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE