IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH SCOTT and** | ) | |
| **DEBRA SCOTT,** | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv907-T |
| | ) | |
| **WASHINGTON MUTUAL BANK,** | ) | |
| **F.A.,** | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 8) is granted.

DONE, this the 4th day of October, 2005.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**