**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KENNETH & DEBRA SCOTT,** | ) |
| Plaintiffs, | ) |
| v. | ) CV 2:05-CV-907 |
| **WASHINGTON MUTUAL BANK, F.A.,** | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW**, the undersigned Robert E. Battle of Battle, Fleenor, Green, Winn & Clemmer, LLP, and hereby gives notice of his appearance in this action as additional counsel on behalf of the Plaintiffs Kenneth & Debra Scott.

Respectfully submitted,

/s/ Robert E. Battle
Robert E. Battle (ASB-7807-T67R)
Wilson F. Green (ASB-8293-E61W)
Michael J. Clemmer (ASB-4005-E68M)
Attorneys for Plaintiffs

**OF COUNSEL**:
**BATTLE FLEENOR GREEN WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street, Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Facsimile: (205) 397-8179
Email: rbattle@bfgwc.com
       wgreen@bfgwc.com

Randall K. Bozeman
**BOZEMAN & BOZEMAN**
P.O. Box 337
Hayneville, Alabama 36040-0337
Telephone: (334) 548-2233

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of October, 2005, a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system placing and/or placing same in the United States mail, postage prepaid, addressed as follows:

Paul Richard Hartley
Hartley & Hickman
415 East Commerce Street, Ste. 101
P.O. Box 583
Greenville, Alabama 36037-0583

Scott T. Schutte
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611

        /s/ Robert E. Battle
        Of Counsel