UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH AND DEBRA SCOTT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:05-CV-907 |
| | ) |
| WASHINGTON MUTUAL BANK, F.A., | ) |
| | ) |
| Defendant. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on October 17, 2005, over the telephone, and was attended by:

    a.  Wilson F. Green of Battle Fleenor Green Winn & Clemmer LLP for Plaintiffs; and

    b.  Scott T. Schutte and Kathy A. Karcher of Jenner & Block LLP for Defendant.

2.  **Pre-discovery Disclosures.**  The parties will exchange by November 7, 2005 the information required by Fed. R. Civ. P. 26(a)(1).

3.  **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

    a.  Discovery will be needed on class certification and the merits of the case. Defendant requests that, through April 3, 2006, discovery be limited to issues involving class certification. Plaintiffs do not specifically oppose Defendants' request; however, Plaintiffs believe that all discovery they will be seeking in advance of April 3, 2006 will have some bearing on the certification question.

b. Reports from Plaintiffs' retained class certification experts due <u>February 1, 2006</u>.

c. Reports from Defendants' retained class certification experts due <u>March 1, 2006</u>.

d. Plaintiffs' motion for class certification due <u>April 3, 2006</u>.

e. Defendant's response to motion for class certification due <u>May 1, 2006</u>.

f. Plaintiffs' reply in support of motion for class certification due <u>May 15, 2006</u>.

g. All discovery commenced in time to be completed by <u>June 1, 2006</u>.

h. Maximum of <u>30</u> interrogatories by each party to any other party.

i. Maximum of <u>30</u> requests for admission by each party to any other party.

j. Maximum of <u>40</u> requests for production by each party to any other party.

k. Maximum of <u>10</u> depositions by plaintiff(s) and <u>10</u> by defendant(s). Each deposition limited to maximum of <u>seven hours</u> unless extended by agreement of parties.

l. Reports from retained merits experts under Rule 26(a)(2) due:

(1) from plaintiff(s) by <u>April 3, 2006</u>.

(2) from defendant(s) by <u>May 3, 2006</u>.

4. **Other Items.**

a. The parties request a conference with the Court before entry of the scheduling order.

b. The parties request a pretrial conference in <u>early September 2006, subject to the Court's schedule</u>.

    c.    Plaintiff(s) should be allowed until <u>January 2, 2006</u> to join additional parties and to amend the pleadings.

    d.    Defendant(s) should be allowed until <u>January 16, 2006</u> to join additional parties and to amend the pleadings.

    e.    All potentially dispositive motions should be filed by <u>June 1, 2006</u>.

    f.    Settlement is unlikely.

    g.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff(s) and defendant(s) by <u>September 1, 2006</u>.

    h.    Parties should have <u>15 days</u> after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    i.    Parties shall have until <u>September 18, 2006</u> to file and serve motions in limine.

    j.    The case should be ready for trial by <u>October 2, 2006</u>.

Date: October 31, 2005

Respectfully Submitted,

DEFENDANT WASHINGTON MUTUAL BANK

By: /s/ Scott T. Schutte
    One of Its Attorneys

P. Richard Hartley (Alabama Bar #HAR050)
Hartley & Hickman
415 East Commerce Street, Suite 101
P.O. Box 583
Greenville, Alabama 36037-0583
Telephone: (334) 382-6618

Scott T. Schutte (Illinois Bar #6230227)
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611
Telephone: (312) 222-9350

## **CERTIFICATION OF AGREEMENT**

I hereby certify that I am filing the foregoing Report of Parties' Planning Meeting pursuant to the parties' agreement.

> By: /s/ Scott T. Schutte
> Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Randall K. Bozeman
Bozeman & Bozeman
P.O. Box 337
Hayneville, AL  36040-0337

Robert E. Battle
Wilson F. Green
Michael J. Clemmer
Battle Fleenor Green Winn & Clemmer LLP
The Financial Center
505 North 20th Street, Suite 1150
Birmingham, Alabama 35203

> By: /s/ Scott T. Schutte
> Counsel for Defendant