**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KENNETH & DEBRA SCOTT,** ) | |
| Plaintiffs, ) | |
| v. ) | CV 2:05-907-MHT-CSC |
| **WASHINGTON MUTUAL BANK,** ) **Formerly known as Washington Mutual Bank, F.A.,** ) | |
| Defendant. ) | |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO RESPOND TO FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND MOTION TO EXTEND DEADLINE FOR AMENDING PLEADINGS AND JOINING PARTIES**

Come now the Plaintiffs, Kenneth & Debra Scott ("Plaintiffs"), and hereby move the Court (1) to compel Defendant, Washington Mutual Bank ("WAMU"), to respond to Plaintiffs' first Interrogatories and Requests for Production of Documents, and (2) to extend the deadline of January 16, 2006 imposed by the Court for Plaintiffs to amend their pleadings and to join parties. The grounds for this Motion are as follows:

1.      Plaintiffs commenced this action in February of 2005 in the Circuit Court of Lowndes County, Alabama. Plaintiffs seek to represent a putative nationwide class of persons who, like Plaintiffs, were charged by WAMU for "payoff statement fees" in connection with the payoff of mortgage loans held or serviced by WAMU, where the loan documents contained no provision allowing the loan holder or servicer to impose such charges. Plaintiffs were charged $180.00 for their PSF by WAMU.

2. Plaintiffs served a set of interrogatories and requests for production with their initial Complaint, in February of 2005.

3. After some initial motion practice in the state court, Plaintiffs amended their Complaint to assert an additional claim under the Fair Credit Reporting Act, 15 U.S.C. 1681 et seq. Defendant WAMU then removed the case. The Scheduling Order entered by this Court on removal imposed a January 16, 2006 deadline for amendments to pleadings.

4. On November 11, 2005, Plaintiffs re-served their discovery requests on WAMU. One of the discovery requests, Interrogatory No. 5, asks for "the names, addresses, and agents for service of all legal entities presently or formerly affiliated directly or indirectly with WAMU which, within the six (6) years preceding the filing of this action, have charged PSFs in connection with the payoff of loans owned by WAMU and secured by mortgages encumbering property within the United States." <u>This information is necessary, among other reasons, for Plaintiffs to determine whether additional defendants need to be added to this case.</u>

5. On December 14, 2005, counsel for WAMU requested a week's extension to respond to the discovery requests. Counsel for Plaintiffs agreed to this. On December 20, counsel for WAMU requested an additional extension until January 6, 2006. Counsel for Plaintiffs agreed with the proposed extension. (See Email exchange among counsel, attached as Exhibit 1 hereto).

6. As of the date of this Motion, Plaintiffs' counsel has not been served with the discovery responses. Plaintiffs' counsel sent two electronic mail messages to counsel

for WAMU concerning WAMU's failure to respond, and WAMU's counsel has not responded as of the time of this Motion. (It is also the position of Plaintiffs' counsel that, by failing to respond or object to the discovery requests in a timely fashion, WAMU has waived all objections to the discovery requests.)

7.      Based on the foregoing, WAMU has failed to respond to discovery in a timely fashion. Accordingly, Plaintiffs request that the Court compel WAMU to provide responses to the discovery within a reasonable time, which Plaintiffs suggest should be 10 days from the date of any Court Order.

8.      Moreover, since the information requested in the discovery is necessary for Plaintiffs to determine whether amendments to pleadings need to be offered, Plaintiffs request that the Court extend the deadline for Plaintiffs to amend their pleadings or join additional parties until 15 days after WAMU has provided complete responses to the discovery requests.

WHEREFORE, Plaintiffs request that the Court (1) compel Defendant to respond to Plaintiffs' first Interrogatories and Requests for Production of Documents within 10 days, and (2) extend the deadline of January 16, 2006 imposed by the Court for Plaintiffs to amend their pleadings and to join parties until 15 days after WAMU has provided complete responses to the discovery.

Respectfully submitted this the 12th day of January, 2006.

                    **/s/Wilson F. Green**
                    One of the Attorneys for Plaintiffs

**OF COUNSEL**:
Battle Fleenor Green Winn & Clemmer LLP
The Financial Center
505 N. 20th Street, Suite 1150
Birmingham, Alabama 35203
(205) 397-8163
FAX (205) 397-8179
wgreen@bfgwc.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served by the Court's CM/ECF system on this the 12th day of January, 2006, on the following:

Matthew M. Neumeier
Scott T. Schutte
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611

                    **/s/ Wilson F. Green**
                    Of Counsel