## Wilson Green

**From:** Wilson Green [wgreen@bfgwc.com]
**Sent:** Thursday, January 12, 2006 11:01 AM
**To:** 'Schutte, Scott T'
**Subject:** FW: Discovery Responses in WAMU-Scott

Scott –

I have not heard back from you regarding my email from yesterday regarding my non-receipt of your client's discovery responses, which were originally due 12/15 but which I agreed to extend twice to 1/6. Since I have a deadline of 1/16 to amend pleadings and join parties, I need the discovery responses immediately. If I haven't heard from you by the end of the day today, I will have to file a Motion on this. Please let me know where we stand. Thank you.


Wilson F. Green
BATTLE FLEENOR GREEN WINN & CLEMMER LLP
wgreen@bfgwc.com
On the web: www.bfgwc.com

Birmingham Office:
The Financial Center
505 North 20th Street, Ste. 1150
Birmingham, Alabama 35203
Main: (205) 397-8160
Direct: (205) 397-8163
Fax: (205) 397-8179

Tuscaloosa Office:
2316 University Blvd., Ste. 200
Tuscaloosa, Alabama 35401
Main: (205) 722-1015
Direct: (205) 722-1018

This electronic transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It contains information from the law firm of Battle Fleenor Green Winn & Clemmer, LLP that is subject to the attorney-client communication privilege, and/or is privileged as attorney work product. It is intended for the use of the recipients within an electronic mail program, and which should appear above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please immediately notify us by telephone (205) 397-8160 or by electronic mail: wgreen@bfgwc.com immediately. Thank you.

**From:** Wilson Green [mailto:wgreen@bfgwc.com]
**Sent:** Wednesday, January 11, 2006 3:02 PM
**To:** 'Schutte, Scott T'
**Subject:** Discovery Responses in WAMU-Scott

I have not received the responses which were due on 1/6, as extended. Have they been sent out?


Wilson F. Green
BATTLE FLEENOR GREEN WINN & CLEMMER LLP
wgreen@bfgwc.com
On the web: www.bfgwc.com

Birmingham Office:

1/12/2006

The Financial Center
505 North 20th Street, Ste. 1150
Birmingham, Alabama 35203
Main: (205) 397-8160
Direct: (205) 397-8163
Fax: (205) 397-8179

Tuscaloosa Office:
2316 University Blvd., Ste. 200
Tuscaloosa, Alabama 35401
Main: (205) 722-1015
Direct: (205) 722-1018

This electronic transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It contains information from the law firm of Battle Fleenor Green Winn & Clemmer, LLP that is subject to the attorney-client communication privilege, and/or is privileged as attorney work product. It is intended for the use of the recipients within an electronic mail program, and which should appear above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please immediately notify us by telephone (205) 397-8160 or by electronic mail: wgreen@bfgwc.com immediately. Thank you.

## Wilson Green

**From:** Wilson Green [wgreen@bfgwc.com]
**Sent:** Wednesday, January 11, 2006 3:02 PM
**To:** 'Schutte, Scott T'
**Subject:** Discovery Responses in WAMU-Scott

I have not received the responses which were due on 1/6, as extended. Have they been sent out?


Wilson F. Green
BATTLE FLEENOR GREEN WINN & CLEMMER LLP
wgreen@bfgwc.com
On the web: www.bfgwc.com

Birmingham Office:
The Financial Center
505 North 20th Street, Ste. 1150
Birmingham, Alabama 35203
Main: (205) 397-8160
Direct: (205) 397-8163
Fax: (205) 397-8179

Tuscaloosa Office:
2316 University Blvd., Ste. 200
Tuscaloosa, Alabama 35401
Main: (205) 722-1015
Direct: (205) 722-1018

This electronic transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It contains information from the law firm of Battle Fleenor Green Winn & Clemmer, LLP that is subject to the attorney-client communication privilege, and/or is privileged as attorney work product. It is intended for the use of the recipients within an electronic mail program, and which should appear above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please immediately notify us by telephone (205) 397-8160 or by electronic mail: wgreen@bfgwc.com immediately. Thank you.

1/12/2006

**Wilson Green**

**From:** Schutte, Scott T [SSchutte@jenner.com]
**Sent:** Wednesday, December 21, 2005 9:19 AM
**To:** Wilson Green
**Subject:** RE: Scott v. WAMU

Makes sense to me. Thanks, Wilson, and happy holidays.

**Scott T. Schutte**
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel (312) 923-2901
Fax (312) 840-7301
SSchutte@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Wilson Green [mailto:wgreen@bfgwc.com]
**Sent:** Wednesday, December 21, 2005 9:24 AM
**To:** Schutte, Scott T
**Subject:** RE: Scott v. WAMU

That is fine. As for the timing of the 30(b)(6) depositions, I think we'll want the documents before we take those. Since you'll be producing documents in early January, and so we might want to shoot for late January or early February for the depositions. I'll get you the notices so you can start checking calendars over the next week or so.

Let me know your thoughts on that.

WFG


Wilson F. Green
BATTLE FLEENOR GREEN WINN & CLEMMER LLP
wgreen@bfgwc.com
On the web: www.bfgwc.com

Birmingham Office:
The Financial Center
505 North 20th Street, Ste. 1150
Birmingham, Alabama 35203
Main: (205) 397-8160
Direct: (205) 397-8163
Fax: (205) 397-8179

Tuscaloosa Office:

2316 University Blvd., Ste. 200
Tuscaloosa, Alabama 35401
Main: (205) 722-1015
Direct: (205) 722-1018

This electronic transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It contains information from the law firm of Battle Fleenor Green Winn & Clemmer, LLP that is subject to the attorney-client communication privilege, and/or is privileged as attorney work product. It is intended for the use of the recipients within an electronic mail program, and which should appear above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please immediately notify us by telephone (205) 397-8160 or by electronic mail: wgreen@bfgwc.com immediately. Thank you.

**From:** Schutte, Scott T [mailto:SSchutte@jenner.com]
**Sent:** Wednesday, December 21, 2005 9:02 AM
**To:** Wilson Green
**Subject:** RE: Scott v. WAMU

Wilson:

With people out this week because of the upcoming holidays, we need to ask for another extension on your first discovery responses. What I would like is until Friday, January 6 (22 days total extension). I will, however, send out the loan file documents and other documents related to the Scotts today. Please advise if you object so that I can get a motion on file, if need be.

As for a 30(b)(6) notice, we'll review when we get it, but I suspect the dep will have to be in Milwaukee -- we should be able to schedule that in early January (a great time of year to travel to Milwaukee).

Scott


**Scott T. Schutte**
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel (312) 923-2901
Fax (312) 840-7301
SSchutte@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Wilson Green [mailto:wgreen@bfgwc.com]
**Sent:** Wednesday, December 14, 2005 8:43 AM
**To:** Schutte, Scott T
**Cc:** 'Wilson Green'
**Subject:** RE: Scott v. WAMU

Scott –

That's fine, so long as we understand that we're not going to get just a laundry list of objections in the responses, without any meaningful information or document production. I am going to be sending you a 30(b)(6) notice in the next few days as well, and so we should talk about which person(s) we will need to depose and where those should take place. Thanks.

WFG

Wilson F. Green
BATTLE FLEENOR GREEN WINN & CLEMMER LLP
wgreen@bfgwc.com
On the web: www.bfgwc.com

Birmingham Office:
The Financial Center
505 North 20th Street, Ste. 1150
Birmingham, Alabama 35203
Main: (205) 397-8160
Direct: (205) 397-8163
Fax: (205) 397-8179

Tuscaloosa Office:
2316 University Blvd., Ste. 200
Tuscaloosa, Alabama 35401
Main: (205) 722-1015
Direct: (205) 722-1018

This electronic transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It contains information from the law firm of Battle Fleenor Green Winn & Clemmer, LLP that is subject to the attorney-client communication privilege, and/or is privileged as attorney work product. It is intended for the use of the recipients within an electronic mail program, and which should appear above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please immediately notify us by telephone (205) 397-8160 or by electronic mail: wgreen@bfgwc.com immediately. Thank you.

**From:** Schutte, Scott T [mailto:SSchutte@jenner.com]
**Sent:** Wednesday, December 14, 2005 6:09 AM
**To:** Wilson Green
**Subject:** Scott v. WAMU

Wilson:

By our calculation, our responses to your first discovery are due tomorrow. Can we get another week? I'll extend the same to you on your responses to our first round of discovery (which we plan to serve tomorrow or Friday).

Scott

**Scott T. Schutte**
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel (312) 923-2901
Fax (312) 840-7301
SSchutte@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.