IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH SCOTT, *et al,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv907-CSC |
| | ) | |
| WASHINGTON MUTUAL BANK, F.A., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the plaintiffs' motion to compel (doc. # 17) and supplement to motion to compel (doc. # 18), it is

ORDERED that the motions be and are hereby DENIED pursuant to FED.R.CIV.P. 26(c) and 37(a)(2)(B).  These rules, as amended on December 1, 1993, require litigants to resolve discovery disputes by a good faith *conference* before seeking court intervention. Although counsel certified that he had attempted to confer with opposing counsel by sending e-mails, written communications between counsel do not constitute a conference.  Discovery motions filed pursuant to these Rules *must be accompanied by a certification* that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action.  Counsel for the parties are DIRECTED to hold not later than 20 days from the date of this order, the required good faith conference. The parties are encouraged to review this district's Guidelines to Civil Discovery which may be found at http://www.almd.uscourts.gov.

Done this 18th day of January, 2006.

_____
/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE