IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH SCOTT and** | ) | |
| **DEBRA SCOTT,** | ) | |
| | ) | |
|    **Plaintiffs,** | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv907-MHT |
| | ) | |
| **WASHINGTON MUTUAL BANK,** | ) | |
| **F.A.,** | ) | |
| | ) | |
|    **Defendant.** | ) | |

ORDER

It is ORDERED that the motions to extend deadlines (Doc. Nos. 17 & 18) are denied at this time.

DONE, this the 20th day of January, 2006.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**