**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KENNETH & DEBRA SCOTT,** ) | |
| Plaintiffs, ) | |
| v. ) | CV 2:05-907-MHT-CSC |
| **WASHINGTON MUTUAL BANK,** ) Formerly known as Washington Mutual Bank, F.A., ) | |
| Defendant. ) | |

**JOINT MOTION TO DISMISS CLAIMS OF PLAINTIFFS WITH PREJUDICE
AND TO DISMISS CLASS ALLEGATIONS WITHOUT PREJUDICE**

The Plaintiffs, Kenneth & Debra Scott ("the Scotts"), hereby move the Court for an order dismissing the Scotts' individual claims with prejudice, and dismissing all class allegations without prejudice. The grounds for this Motion are as follows:

1. The parties have reached a settlement of this action as to the Scotts' individual claims.

2. The Scotts desire to settle their own claims and to dismiss this action. The grant of this Motion will terminate this action.

3. Neither the Scotts nor the undersigned counsel for either party are aware of any class members who have relied on the pendency of this action as a basis for withholding pursuing their own claims. In fact, a class action against WAMU on the claims asserted by the Scotts was filed over one year before the Scotts filed this case, and thus class members would likely seek to rely on the prior-filed case, and not this case, for tolling of any statutes of limitation.

4.   The Scotts have not used the pendency of class allegations to obtain an unreasonable settlement. The amount of the settlement is not substantial.

WHEREFORE, the parties jointly request that the Court enter an Order granting this Motion, dismissing the claims of the Scotts with prejudice, and dismissing all class allegations without prejudice.

/s/ Wilson F. Green
Wilson F. Green (ASB-8293-E61W)
Attorney for Plaintiffs Kenneth and Debra Scott

**OF COUNSEL:**

**BATTLE FLEENOR GREEN
  WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email: wgreen@bfgwc.com

/s/ Scott T. Schutte
Scott T. Schutte
Attorney for Defendant Washington Mutual Bank

**OF COUNSEL:**

**JENNER & BLOCK LLP**
One IBM Plaza
Chicago, Illinois 60611
Telephone: (312) 222-9350
Fax: (312) 840-7301
Email: sschutte@jenner.com