IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KENNETH SCOTT and            )
DEBRA SCOTT,                 )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )    2:05cv907-MHT
                             )        (WO)
WASHINGTON MUTUAL BANK,      )
F.A.,                        )
                             )
    Defendant.               )
```

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion to dismiss (Doc. No. 21) is granted.

(2) This case is dismissed in its entirety, with plaintiffs' individual claims dismissed with prejudice and all class allegations and class claims dismissed without prejudice.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 17th day of May, 2006.**

                                 /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**